Maynard G. Rankin, appellee, v. Charles A. Stewart, appellant. Gen. No. 28,698.

Bill to remove, as cloud on title, a contract for conveyance, on performance of conditions prescribed therein. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the second division of this court for the first district at the April term, 1923. Affirmed. Opinion filed March 11, 1924.

David G. Robertson, for appellant. Charles R. Smith, for appellee.
Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Gordon A. Ramsay, administrator of the estate of Henning Hard, deceased, appellee, v. Dominic Muschal, appellant. Gen. No. 28,708.

Damage action for negligently causing death by striking pedestrian with auto truck. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Julius C. Kern, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 11, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Burt A. Crowe, for appellant; Roy A. Nutt, of counsel. H. A. Barnhart, for appellee.
Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Thomas Cusack Company, appellant, v. J. R. Myers Company, appellee. Gen. No. 28,721.

Forcible detainer for possession of vacant property unlawfully withheld. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. La Buy, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and judgment here. Opinion filed March 11, 1924.

John S. Hummer, for appellant; R. P. Hummer and Cyrus Heren, of counsel. E. Allen Frost and Paul R. Borland, for appellee; Paul R. Borland, of counsel.
Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Charles Gold, trading as Fullerton Plumbing & Heating Company, appellee, v. David Saul Klafter, appellant. Gen. No. 28,733.

Claim for plumbing repairs performed at defendant's request. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph Burke, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 11, 1924.

I. B. Perlman, for appellant. O. W. Jurgens, for appellee,
Mr. Presiding Justice Gridley delivered the opinion of the court.